**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2114, I electronically served **Plaintiffs' Rule 26(a)(1) Initial Disclosures** upon Defendants, via electronic mail, through their attorneys:

Abad Lopez - ALopez@seyfarth.com
Noah Finkel - NFinkel@seyfarth.com
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603

Further, I hereby certify that a copy of the instant certificate of service was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Abad Lopez - ALopez@seyfarth.com
Noah Finkel - NFinkel@seyfarth.com

| | |
|---|---|
| Colleen M. McLaughlin<br>Elissa J. Hobfoll<br>Law Offices of Colleen M. McLaughlin<br>1751 S. Naperville Rd., Ste. 209<br>Wheaton, IL 60187<br>603-221-0305 p | 630-221-0706 | Respectfully Submitted,<br><br>/s/ Elissa Hobfoll<br>Elissa Hobfoll<br>One of the Attorneys for Plaintiff |